UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:24-MJ-2325-1

| | | |
|---|---|---|
| **United States Of America** | ) | **ORDER MODIFYING AND** |
| | ) | **CONTINUING SUPERVISION** |
| vs. | ) | |
| | ) | |
| **Quinton D. Bullard** | ) | |
| | ) | |

On November 20, 2024, Quinton D. Bullard appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Driving While Impaired, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on July 30, 2025, the court finds as a fact that Quinton D. Bullard, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. By engaging in criminal conduct.
2. By operating a motor vehicle on the highways of North Carolina without a limited driving privilege issued by an appropriate North Carolina judicial official.
3. By failing to pay his monetary obligation.

It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and continuing supervision with the following modifications:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, until September 11, 2025. The defendant must pay all or part of the cost of the program based on his ability to pay as determined by the US Probation Office.

This the 30th day of July 2025.

Kimberly A. Swank
U.S. Magistrate Judge